The Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　v.<br><br>OMAR G. FIRESTONE, Individually, as Statutory Executor of the Estate of Ghaida M. Firestone, as co-Trustee of the Ghaida M. Firestone Living Trust, and as Beneficial Transferee of the Ghaida M. Firestone Living Trust<br>　　　Defendant. | Case No. 2:22-cv-01201-TL<br><br>ORDER GRANTING REQUEST FOR ISSUANCE OF CORRECTED WRIT OF EXECUTION |

Upon consideration of the United States' Request for Issuance of a Corrected Writ of Execution:

IT IS HEREBY ORDERED that for good cause shown, the United States' Request is granted.

IT IS FURTHER ORDERED that a Corrected Writ of Execution commanding the United States Marshal to satisfy the judgment by levying on and selling property in which the judgment debtor has a substantial nonexempt interest, but not to exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs, and interest shall be issued by the Clerk of Court.

IT IS FURTHER ORDERED that in performing the levy, the United States Marshal may enter any property owned, occupied, or controlled by the judgment debtor or enter any residence(s) or building(s) situated upon the property to search for the personal property. The United States Marshal may also enter any property in which it is reasonably believed that the Judgment Debtor is with his personal property (e.g., practice or performance space for the Bellingham Symphony Orchestra).

IT IS FURTHER ORDEERED THAT in performing the levy, the United States Marshal may take possession of property owned or controlled by the judgment debtor.

IT IS FURTHER ORDERED that the levy and sale of the property and the disposition of the proceeds shall be conducted by a receiver to be appointed by the Court and pursuant to the procedures and requirements set forth in 28 U.S.C. § 3203.

IT IS FURTHER ORDERED that the Judgment Debtor must keep his personal property as described in the United States' Request for Corrected Writ of Execution in the United States.

Dated this 4th day of April 2023.

_____
Tana Lin
United States District Judge